CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

APR 0 5 2021

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

_____
Assigned Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

For use by inmates filing a complaint under **CIVIL RIGHTS ACT, 42 U.S.C. §1983** or **BIVENS v. SIX UNKNOWN NAMED AGENTS OF FED. BUREAU OF NARCOTICS, 403 U.S.C. §388 (1971)**

__Lenard Thomas Witt__         __No incarcerated__
Plaintiff full name                                  Inmate No.

v.                      CIVIL ACTION NO. __3:21 cv 11__

__Ms. Brenda Johnson Stevenson Hitchcock, The Haven Facility__
Defendant(s) full name(s)

*******************************************************************************

A. Current facility and address: __112 West Market Street Charlottesville, Va 22902__

B. Where did this action take place? __At the Haven Facility, and Downtown Mall__

C. Have you begun an action in state or federal court dealing with the same facts involved in this complaint?

   __✓__ Yes      ____ No

   If your answer to A is Yes, answer the following:

   1. Court: __Domestic Relations District Court, Criminal__
   2. Case Number: __C20-1899. See Exhibit 11.__

D. Have you filed any grievances regarding the facts of this complaint?

   ____ Yes      __✓__ No

   1. If your answer is Yes, indicate the result:
   __The Haven didn't have a grievance procedure__

   __The Haven Facility didn't have a valid grievance procedure.__
   2. If your answer is No, indicate why:

E. Statement of Claim(s): State briefly the facts in this complaint. Describe what action(s) each defendant took in violation of your federal rights and include the relevant dates and places. **Do not give any legal arguments or cite any cases or statutes.** If necessary, you may attach additional page(s). Please write legibly.

Claim #1 – Supporting Facts – Briefly tell your story without citing cases or law:

Brenda Johnson. See attachment

Claim #2 – Supporting Facts – Briefly tell your story without citing cases or law:

Stevenson Hitchcock, the Haven Facility. See attachment

F. State what relief you seek from the Court. Make no legal arguments and cite no cases or statutes.

Sueing Defendants for Compensatory and Punitive Damages. $1,000,000.00 per claim.

G. If this case goes to trial do you request a trial by jury?   Yes ✓   No ____

H. If I am released or transferred, I understand it is my responsibility to immediately notify the court in writing of any change of address after I have been released or transferred or my case may be dismissed.

DATED: 04/02/2021    SIGNATURE: Lenard Thomas Witt

VERIFICATION:
I, Lenard Thomas Witt, state that I am the plaintiff in this action and I know the content of the above complaint; that it is true of my own knowledge, except as to those matters that are stated to be based on information and belief, and as to those matters, I believe them to be true. I further state that I believe the factual assertations are sufficient to support a claim of violation of constitutional rights. Further, I verify that I am aware of the provisions set forth in 28 U.S.C. §1915 that prohibit an inmate from filing a civil action or appeal, if the prisoner has, on three or more occasions, while incarcerated brought an action or appeal in federal court that is dismissed on the grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted, unless the prisoner is imminent danger of serious physical injury. I understand that if this complaint is dismissed on any of the above grounds, I may be prohibited from filing any future actions without the pre-payment of the filing fees. I declare under penalty of perjury the foregoing to be true and correct.

DATED: 04/02/2021    SIGNATURE: Lenard Thomas Witt