# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

| | |
|---|---|
| LENARD THOMAS WITT,<br>      *Plaintiff*,<br>v.<br>BRENDA JOHNSON, *et al.*,<br>      *Defendants*. | CASE NO. 3:21-cv-00011<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

Plaintiff Lenard Thomas Witt has filed a *pro se* complaint against Defendants Brenda Johnson and Stevenson Hitchcock, Dkt. 2, and a motion to proceed *in forma pauperis*, Dkt. 1.

For the reasons set forth in the accompanying Memorandum Opinion, the Court hereby

1. **GRANTS** Plaintiff's motion to proceed *in forma pauperis*, Dkt. 1, and

2. **DISMISSES** *without prejudice* Plaintiff's complaint, Dkt. 2.

The Court further **DIRECTS** the Clerk of Court to strike this case from the Court's active docket.

It is so **ORDERED**.

The Clerk of Court is directed to send this Order to Plaintiff.

Entered this __8th__ day of April, 2021.

*[signature: Norman K. Moon]*
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE